**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10484

Non-Argument Calendar

_____

ROBERT J. ANDRIS,

AVONDALE DECOR, LLC,

*Plaintiffs-Appellants,*

*versus*

CAPITAL SOLUTIONS BANCORP, LLC,

*Defendant-Appellee.*

_____

Appeal from the United States District Court

for the Middle District of Florida

D.C. Docket No. 2:25-cv-00450-JES-NPM

_____

Before JORDAN, BRASHER, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Robert Andris and Avondale Décor, LLC, appeal from the

2                    Opinion of the Court                    26-10484

district court's January 21, 2026 order dismissing Counts I, III, V, VI, and VIII of their second amended complaint.  However, because Counts II, IV, and VII were not dismissed, the court's order was not a final or appealable decision, and we lack jurisdiction to review the order.  *See* 28 U.S.C. § 1291; *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1245-46 (11th Cir. 2012) (explaining that an order that disposes of fewer than all the claims of all parties to an action is not final or immediately appealable unless the district court certifies the order for immediate review pursuant to Fed. R. Civ. P. 54(b)); Fed. R. Civ. P. 54(b) (providing for entry of judgment as to fewer than all claims or parties).  Moreover, the district court instructed the clerk to withhold judgment until conclusion of the case and did not certify its order under Rule 54(b) or 28 U.S.C. § 1292(b).  *See* Fed. R. Civ. P. 54(b); 28 U.S.C. § 1292(b); *Freyre v. Chronister*, 910 F.3d 1371, 1377 (11th Cir. 2018) (explaining that a district court order which "contemplates further substantive proceedings in a case is not final and appealable").